## DAVID MILLAR *v.* AGNES L. MILLAR.

*Divorce—Adultery—Abandonment.*

Evidence that a married man, and a woman to whom he had been attentive, occupied adjoining rooms, one of which was a parlor, over night at a summer resort, *held* to justify a finding of adultery.

A husband was not entitled to divorce on the ground of abandonment, when the separation of the parties was due to his attentions to another woman, which he refused to put an end to, although his wife invited a reunion conditioned on his doing so, and he had by formal agreement consented to the separation.

*Decided March 10th, 1926.*

Appeal from the Circuit Court No. 2 of Baltimore City (STANTON, J.).

Bill by David Millar against Agnes L. Millar for divorce. From a decree for defendant, plaintiff appeals. Affirmed.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, and PARKE, JJ.

*Charles W. Heuisler,* with whom was *Morrill N. Packard* on the brief, for the appellant.

*Watson E. Sherwood,* for the appellee.

URNER, J., delivered the opinion of the Court, affirming the decree, with costs.

———————

## HOWARD MAYERS *v.* STATE OF MARYLAND.

*Criminal Law—Dismissal of Appeal.*

Where the record contains no bills of exception and the appeal brings up no ruling that can be reviewed, the appeal must be dismissed.

*Decided April 8th, 1926.*